**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-4443**

————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DAVID ARNETT SANDERS,

                              Defendant - Appellant.

————————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron M. Currie, District Judge. (CR-94-662)

————————

Submitted:  December 3, 2003         Decided:  December 19, 2003

————————

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

John E. Miles, Sr., MILES LAW FIRM, Sumter, South Carolina, for Appellant.  J. Strom Thurmond, Jr., United States Attorney, Alfred W. Bethea, Jr., Assistant United States Attorney,  Florence, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Arnette Sanders appeals from the district court's judgment of revocation of his supervised release. On appeal, Sanders asserts the district court erred in concluding he violated the terms of his supervised release by possessing marijuana.

This Court reviews a district court's revocation of an individual's supervised release for abuse of discretion. United States v. Copley, 978 F.2d 829, 831 (4th Cir. 1992). Sanders' claim is meritless. The Government's evidence was sufficient to establish Sanders violated the terms governing his supervised release. United States v. Burgos, 94 F.3d 849, 873 (4th Cir. 1996).

Accordingly, we affirm the district court's judgment of revocation of Sanders' supervised release, and its consequent imposition of a custodial sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED